#3

Federal Court of claim's

Achieve Financial Support:

4-23CV-713-O

Drew Carey used Identity 2.) Andrew Hill

vs.

Price is Right

More than twice, while on Lancaster I was working the Around Pacesetter Personnel. They didn't even send my W-2 forms for TAX Season, solely I ask this Court for Favor of being Indigent filed Motion to Achieve Financial Support with legal Services.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 3 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Also with Gameing Show useing individual during Court cessions, I Now Ask to Retrieve case of file for Price is Right Game show Drew Carey. They were trying to find financial Support Guessingly? With me being at the DRC Fort Worth and Identity was used by Price is Right Drew Carey

To: Federal
of
claim's

Motion to Achieve Financial Support

This is noticeably embarrassing, even to ask the Court for favor, after Identity theft is used, and filed document's. There was Terry Mann's Judge.

This Amount I look at cover was $10.00, with helping the Small library being built and Assistance from Depart Education. I have not learned legal. Solely asking for court to Assist with legal from Dodge Motor's, They used my Identity for A Car, Also I think General Motor's Corporation did Also. I Seen used for Investor's without Compensation to used Person's. I underwent the Judicial System, and Hoping for legal Assistance.

. I Doubled $10.00 or more last visit at the Court!

I was used while working at Pacesetter's before they moved from Meadowbrook. I asked for my W-2 form's so that I could relieve educational funding the Company from Houston had not sent my W-2's. Harris County! There was a Conoco built and have trouble obtaining my I.D. from Eastchase Pkwy!

As a resident struggleing what should I do until Court delivers Financial relief. My toothbrushes, and Phone minute's were stolen by Lon Evan's! with TRE not being Fair!

Asking for Special Orders of the Court; Due to ECC!

